Edgar Carranza, Esq.
Nevada State Bar No. 5902
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS, CARRANZA & BURDEN**
3050 S. Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545 facsímile
ecarranza@backuslaw.com
jacquelynfranco@backuslaw.com

Attorney for Defendants
COSTCO WHOLESALE CORPORATION

# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF KAREN LEE SHUTT; KAREN LEE SHUTT, decedent; GERALD SHUTT, surviving spouse; KEVIN SHUTT, heir; STEVEN SHUTT, heir; MICHELLE VANCE, heir; MONICA MARSHALL, heir. <br><br> Plaintiffs, <br><br> vs. <br><br> COSTCO WHOLESALE CORPORATION, a Domestic Corporation; ROE CORPORATIONS I through X, inclusive; DOES 1 through 10; inclusive, <br><br> Defendants. | Case No. 2:20-cv-00567-KJD-EJY |

## ~~STIPULATION AND~~ ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiffs, ESTATE OF KAREN LEE SHUTT, KAREN LEE SHUTT (decedent), GERALD SHUTT (surviving spouse), KEVIN SHUTT (heir), STEVEN SHUTT (heir), MICHELLE VANCE (heir) and MONICA MARSHALL (heir) (hereinafter collectively referred to as "Plaintiffs"), by and through their counsel of record,

Daniel Dastrup, Esq. of the Boyack Law Group and Defendant, COSTCO WHOLESALE CORPORATION (hereinafter referred to as "Costco" or "Defendant"), by and through its counsel of record, Edgar Carranza, Esq. of the law firm of BACKUS, CARRANZA & BURDEN, as follows:

1. Plaintiffs filed their Complaint on January 28, 2020, in the Eighth Judicial District Court, Clark County, Nevada.

2. Costco filed the Answer on March 20, 2020, and a corresponding Notice of Removal on March 23, 2020.

3. On July 27, 2020, the Parties convened and participated in a FRCP 26(f) Conference, after which they embarked on discovery.

4. After some discovery, the Parties have been able to reach a mutually acceptable resolution to this matter which is memorialized in the Settlement and Release Agreement executed contemporaneous hereto.

5. This Stipulation is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of Defendant, or its agents, servants, or employees, and it is specifically denied that they are liable to Plaintiffs. Rather, the resolution is reached for the purpose of compromising the disputed claims and avoiding the expenses and risks of further litigation for all Parties.

6 In reaching the resolution Defendant does not admit any liability and continues to deny the allegations in the Complaint. Nonetheless, Plaintiffs hereby stipulates to waive any and all claims against Defendant and dismiss this action with prejudice in exchange for the agreed to resolution.

7. The Parties also hereby stipulate, and this Court hereby orders, that the above-captioned action is hereby DISMISSED WITH PREJUDICE as to all Plaintiffs' claims against Defendant.

8. The Parties agree that they will each bear their own costs, fees, and expenses related to this matter.

DATED this 4th day of January, 2022.　　　　DATED this 4th day of January, 2022.

**BACKUS, CARRANZA & BURDEN**　　　　**Boyack Law Group**


By: */s/ Edgar Carranza*　　　　　　　By: */s/ Daniel Dastrup*
　　Edgar Carranza, Esq.　　　　　　　　　Daniel M. Dastrup, Esq.
　　Nevada Bar No. 5902　　　　　　　　　Nevada Bar No. 13677
　　3050 South Durango Drive　　　　　　1707 Village Center Circle #100
　　Las Vegas, Nevada 89117　　　　　　　Las Vegas, Nevada 89134
　　Attorney for Defendant　　　　　　　　Attorneys for Plaintiffs
　　COSTCO WHOLESALE　　　　　　　　ESTATE OF KAREN LEE SHUTT,
　　CORPORATION　　　　　　　　　　　KAREN LEE SHUTT, GERALD
　　　　　　　　　　　　　　　　　　　　SHUTT, KEVIN SHUTT, STEVEN
　　　　　　　　　　　　　　　　　　　　SHUTT, MICHELLE VANCE and
　　　　　　　　　　　　　　　　　　　　MONICA MARSHALL

# ORDER

The Parties have stipulated and agree to the dismissal of this case as set forth in the foregoing stipulation and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear their own costs and fees. The clerk of the Court shall close the file.

**IT IS SO ORDERED**.

DATED this 5th day of January, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE